KELLEY et al. v. DIAMOND DRILL & MACHINE CO.

(Circuit Court of Appeals, Third Circuit. April 27, 1904.)

No. 1.

1. PATENTS—INFRINGEMENT—COIL CLASPS FOR FASTENING BELTS.

The Jackson patent, No. 433,791, for a coil clasp for fastening belts, etc., claim 7, construed, and *held* infringed on rehearing.

Acheson, Circuit Judge, dissenting.

On Rehearing. For former opinion, see 123 Fed. 882.

Before ACHESON and DALLAS, Circuit Judges, and BUFFINGTON, District Judge.

PER CURIAM. Since the reargument, this case has again received the attentive consideration of the court, with the result that the judges respectively adhere to their views as heretofore expressed. 123 Fed. 882, 59 C. C. A. 370. The decree of the court below therefore stands affirmed upon the opinion of the majority of the court on file.